IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 13-cr-00288-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MICHAEL SEAN CASAZZA,

    Defendant.
_____

**PRELIMINARY ORDER OF FORFEITURE FOR A PERSONAL
MONEY JUDGMENT AGAINST DEFENDANT MICHAEL SEAN CASAZZA**
_____

This matter comes before the Court on the United States' Motion for Preliminary Order of Forfeiture for a Personal Money Judgment against Defendant Michael Sean Casazza [Docket No. 43] pursuant to Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure. The Court has reviewed the pleading and is fully advised in the premises.

On July 10, 2013, the grand jury charged defendant Michael Sean Casazza in Counts One through Forty-Four with violations of 18 U.S.C. § 1343 [Docket No. 1]. On February 19, 2014, an Information was filed, charging defendant in Count One with a violation of 18 U.S.C. § 1343 [Docket No. 33]. The Indictment and Information also sought forfeiture in the form of a personal money judgment against defendant Michael Sean Casazza pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) in the amount of proceeds he obtained directly and indirectly as a result of the offenses charged in Counts One through Forty-Four of the Indictment and Count One of the Information.

On February 19, 2014, the United States and defendant Michael Sean Casazza entered into a Plea Agreement [Docket No. 35] which provides a factual basis and cause to issue a personal money judgment under 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Rule 32.2(b) of the Federal Rules of Criminal Procedure.

Therefore, it is

**ORDERED** that the United States' Motion for Preliminary Order of Forfeiture for a Personal Money Judgment against Defendant Michael Sean Casazza [Docket No. 43] is granted. It is further

**ORDERED** that $10,654,785.41 is subject to forfeiture as proceeds obtained by defendant Michael Sean Casazza through commission of the offenses in Counts One and Forty-Four of the Indictment and Count One of the Information, to which he has pled guilty. It is further

**ORDERED** that a Preliminary Order of Forfeiture for a Personal Money Judgment against defendant Michael Sean Casazza in the amount of $10,654,785.41 shall be entered in accordance with 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

Pursuant to Federal Rule of Criminal Procedure 32.2(b)(4), this Forfeiture Money Judgment shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment. It is further

**ORDERED** that this Preliminary Order of Forfeiture may be amended pursuant to Federal Rule of Criminal Procedure 32.2(e)(1).

DATED May 14, 2014.

                        BY THE COURT:

                        s/Philip A. Brimmer
                        PHILIP A. BRIMMER
                        United States District Judge