IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 13-cr-00288-PAB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

MICHAEL SEAN CASAZZA

        Defendant.

---

**ORDER TO SURRENDER IN LIEU OF
TRANSPORTATION BY THE UNITED STATES MARSHAL**

---

        It is ORDERED that Defendant MICHAEL SEAN CASAZZA, having been sentenced in the above-named case to the custody of the Bureau of Prisons, is to surrender himself by reporting to EDGEFIELD County Detention Center, Satellite Camp (SCP), 200 Railroad Street, Edgefield, South Carolina, on August 12, 2014, by 12:00 noon, and will travel at his own expense.

        DATED July 25, 2014.

                              BY THE COURT:

                              s/Philip A. Brimmer
                              PHILIP A. BRIMMER
                              United States District Judge